## ORDER

Per Curiam:

Beverly Winstead appeals an order of the Labor and Industrial Relations Commission concluding that the Division of Employment Security deputy's denial of unemployment benefits was a final determination and not subject to review due to Winstead's untimely appeal of that determination. We affirm. Rule 84.16(b).

*ORDER*

PER CURIAM.

Stanford Greenwood ("Movant") appeals from the denial of his Rule 24.035 post-conviction relief motion without an evidentiary hearing. We affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

**Stanford GREENWOOD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103195**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR

Filed: May 17, 2016

Kristina Starke Olson, District Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Robert J. Bartholomew, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

**Jody L. GOLDSBERRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103073**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: May 17, 2016

FOR APPELLANT: Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: Chris Koster, Evan J. Buchheim, P.O. Box 899, Jefferson City, Missouri 65102.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.